■ (A) PEASE OIL COMPANY, Appellant, v. ALEXANDER SCHMIDT et al., Respondents. (B) ALBERT GEORGE et al., Appellants, v. JOSEPH WURZ, JR., Doing Business as WURZ TAXI & AMBULANCE SERVICE, Respondent. (C) THE

PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JOHNSON, Appellant.— [In each action] Appeal dismissed for failure to comply with previous order.